# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 06-355(2) (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| ADAM MICHAEL KAYSEN, | |
| Defendant. | |

Chris Wilton, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Adam Michael Kaysen, Federal Correctional Institute, Post Office Box 1000, Sandstone, MN 55072, pro se defendant.

This matter is before the Court on defendant's request for release to attend his grandmother's funeral. The Court finds that defendant does not present a risk of flight or danger to the safety of any other person in the community.

Based upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that defendant's request for release to attend his grandmother's funeral is **GRANTED**. Defendant shall be released to the custody of his mother, Sally Chapeau, from the Sandstone federal facility at 12:00 p.m. on November 20, 2010, and return no later than 8:00 p.m. on November 20, 2010.

DATED: November 17, 2010
at Minneapolis, Minnesota.

                                                        ___s/_John R. Tunheim_
                                                        JOHN R. TUNHEIM
                                                        United States District Judge